UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ALEXANDRU PAVEL,

                    Plaintiff,

   -against-

PLYMOUTH MANAGEMENT GROUP, INC.,

                    Defendant.

-------------------------------------------------------------------X

JUDGMENT
02-CV- 6195 (NGG)

FILED

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT 2 0 2005 ★

BROOKLYN OFFICE

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on October 18, 2005, granting defendant's motion for summary judgment; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that defendant's motion for summary judgment is granted.

Dated: Brooklyn, New York
       October 19, 2005

/signed/

_____
ROBERT C. HEINEMANN
Clerk of Court